UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RICHARD SEPULVEDA,

    Plaintiff,

v.

AZIMI SHAHRAM, et al.,

    Defendants.

Case No. 18-cv-04882-HSG

**ORDER DIRECTING PARTIES TO COMPLETE CONSENT OR DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**

The Court has reviewed Plaintiff's consent to proceed before a magistrate judge, Dkt. No. 4, and Defendants' statement in the joint case management statement that they consent to proceed before a magistrate judge, Dkt. No. 9 at 5–6. However, because Defendants have not yet appeared in the case or filed a signed consent, the Court cannot immediately refer this case to a magistrate judge. The Court therefore DIRECTS Defendants to file a consent or declination to proceed before a magistrate judge, consistent with the representation in the case management statement.

The Court DIRECTS Plaintiff's counsel to share this Order with Defendants' counsel who made the above-noted representations in the Joint Case Management Statement on or before November 7, 2018. If no consent is filed by Tuesday, November 13, the Court will set a case management conference to discuss the plan for the case.

**IT IS SO ORDERED.**

Dated: 11/7/2018

*Haywood S. Gilliam Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge