RICHARD MAC BRIDE, SB# 199695
LAW OFFICES OF RICHARD A. MAC BRIDE
865 Marina Bay Parkway, Suite 43
RICHMOND, CA 94804
Phone 415-730-6289
Fax 510-439-2786
Attorney for Plaintiff Richard Sepulveda

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Richard Sepulveda,

        Plaintiff,

Vs.

Azimi Shahram, et al.,

        Defendants.

Case Number C18-4882 HSG

STIPULATION FOR EXTENSION OF TIME TO CONDUCT JOINT SITE INSPECTION AND ORDER

Come now plaintiff Richard Sepulveda, through his counsel of record Richard Mac Bride, and defendants Azimi Shahram, Zardnavard Mahrokh, and Lilian K. Wong, through their respective counsel not yet formally of record (for Azimi Shahram and Zardnavard Mahrokh, Samira Amato, Esq. of Law Office of Samira Amato; for Lilian K. Wong, Meera T. Parikh, Esq. of Poniatowski Leding Parikh), to stipulate as follows:

WHEREAS, pursuant to General Order No. 56 and the Scheduling Order in this case issued on August 10, 2018, the deadline to hold the joint inspection is November 23, 2018; and

WHEREAS, the parties have filed a joint case management statement indicating that they are in settlement discussions, and

WHEREAS, the parties have not yet found a date for inspection that is mutually acceptable; and

WHEREAS, the parties would also like more time to set up the inspection, and also to continue to conduct settlement discussions that might avoid the need for an inspection or further litigation;

1  NOW THEREFORE, the parties hereby stipulate that the deadline to conduct the joint inspection be
2  postponed to January 15, 2019.

5  Law Offices of Richard A. Mac Bride – By: Richard A. Mac Bride /s/ Richard A. Mac Bride
6  Attorney for Plaintiff Richard Sepulveda                                    11/20/2018

8  Law Office Samira Amato – By: Samira Amato /s/ Samira Amato
9  Attorney for defendants Azimi Shahram and Zardnavard Mahrokh
10                                                                              11/20/2018

12  Law Office of Poniatowski Leding Parikh – By: Meera T. Parikh, Esq. /s/ Meera T. Parikh
13  Attorney for defendant Lilian K. Wong
14                                                                              11/20/2018

16                                FILER'S ATTESTATION

18  Pursuant to General Order 45, Section X(B), I hereby attest that on November 20, 2018, I, Richard
19  A. Mac Bride, the attorney of record for plaintiff herein, received the concurrence of attorneys
20  Samira Amato and Meera T. Parikh, attorneys for defendants, in the filing of this document.

22  /s/ Richard A. Mac Bride
23  Richard A. Mac Bride

ORDER FOR EXTENSION OF TIME TO CONDUCT JOINT SITE INSPECTION

With respect to the case of Richard Sepulveda v. Azimi Shahram et al., Case Number C18-4882 HSG,

Having considered the parties' Stipulation for Extension of Time to Conduct Joint Site Inspection, and for good cause appearing, it is hereby ORDERED:

1. That the last day for parties and counsel to hold joint inspection of premises, with or without meet-and-confer regarding settlement, is reset for January 15, 2019;
2. All other dates that are calculated based on the inspection date will be adjusted accordingly.

Date: __11/20/2018__

Haywood S. Gilliam, Jr.

United States District Judge